# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JEAN COULTER,<br><br>Petitioner<br><br>v.<br><br>MARY SUZANNE RAMSDEN, STEPHANIE ANDERSON, RAPHAEL RAMSDEN & BEHERS, DENNIS MCCURDY, AND THOMAS DOERR,<br><br>Respondents | : No. 402 WAL 2014<br>:<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.